OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF OKLAHOMA

200 NW 4th StreetOklahoma City, OK 73102


DATE: June 5, 2026


RE: NEW CIVIL FILING - THESE BLUEBIRD DAYS, LLC v. BRANSON-MCKIDDY REALESTATE, INC. dba BERKSHIRE HATHAWAY HOMESERVICES, et al.


Dear Clerk of Court,


Enclosed for filing in the above-referenced matter, please find the following documents:


1. **Civil Cover Sheet (JS 44);**
2. **Verified Complaint and Petition for Replevin;**
3. **Affidavit of Truth of Rodney Koch (Exhibit 1);**
4. **Wire confirmation (Exhibit 2)**
5. **Towing Company Document (Exhibit 3)**
6. **Summonses for each named Defendant (to be issued); and**
7. **The Filing Fee in the amount of $405.00.**


I am appearing **pro se** as the sole member of These Bluebird Days, LLC. Please file-stamp the enclosed copies of the Complaint and return them to me for my records.


Furthermore, please **issue the enclosed Summonses** and return them to me so that I may effectuate service of process upon the Defendants in accordance with Federal Rule of Civil Procedure 4.


Should you have any questions or require additional information, please contact me immediately at the phone number or email address provided below.


Respectfully submitted,


S/ ALEXANDER HEADLEY, ALEXANDER HEADLEY _____

**THESE BLUEBIRD DAYS, LLC** Attn: Alexander Headley, Sole Member 824 S. Harrison St. PMB 305 Kiowa OK 74553 970-390-7785 Ajinvestments.alex@gmail.com