**Exhibit #1**
**Affidavit of truth Rodney Koch**
**TBBD v Branson**

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

**THESE BLUEBIRD DAYS, LLC,** Plaintiff,

**v. Case No. [To Be Assigned]**

**BERKSHIRE HATHAWAY HOMESERVICES, et al.,** Defendants.

---

AFFIDAVIT OF TRUTH OF RODNEY KOCH

**PROVINCE OF ALBERTA COUNTY OF CALGARY ss:**

I, Rodney Koch, of lawful age, being first duly sworn upon my oath, depose and state as follows:

1. I have personal knowledge of the facts set forth in this Affidavit and am competent to testify to the matters stated herein.

2. I am an unrelated business partner to ALEXANDER HEADLEY and These Bluebird Days, LLC (the "Plaintiff").

3. On or about February 29, 2024, I engaged in a telephonic negotiation with Terry O'Rorke, a real estate licensee representing Berkshire Hathaway HomeServices Benchmark Realty.

4. During this conversation, Mr. O'Rorke and I specifically negotiated the terms of a "First Right of Refusal" regarding the ranch property located in Pottawatomie County, Oklahoma.

5. Mr. O'Rorke explicitly represented to me that in exchange for a $50,000.00 deposit, These Bluebird Days, LLC would be granted a legally binding First Right of Refusal to purchase the subject property.

6. Based upon these specific representations and the promise of the First Right of Refusal, Plaintiff caused the sum of $50,000.00 to be wire-transferred to First American Title on or about February 6, 2024, to be held in escrow pending the execution of the formal agreement.

7. Mr. O'Rorke confirmed during our February 29th conversation that the $50,000.00 was the required consideration for this right and that the documents being prepared for e-signature would reflect this specific agreement.

8. At no time during our negotiations did Mr. O'Rorke indicate that the $50,000.00 was non-refundable or that it could be released to any third party without the express written consent of These Bluebird Days, LLC.

9. I relied upon Mr. O'Rorke's professional representations as a licensed realtor that the documents he provided for signature accurately reflected our verbal agreement regarding the First Right of Refusal.

10. Subsequently, I discovered that the documents provided did not contain the promised First Right of Refusal and that the $50,000.00 deposit had been disbursed without authorization, contrary to the representations made to me by Mr. O'Rorke.

FURTHER AFFIANT SAYETH NAUGHT.

**Signature:** *Rodney Koch*
Rodney Koch (Jun 5, 2026 11:05:33 MDT)

**Email:** rodko@me.com

Rodney Koch

# USDC WDOK_RK AFFIDAVIT

Final Audit Report                                                    2026-06-05

| | |
|---|---|
| Created: | 2026-06-05 |
| By: | Alex Headley (ajinvestments.alex@gmail.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAdfFki3EfWj42jycl0dW03SgscgEGaghv |

## "USDC WDOK_RK AFFIDAVIT" History

Document created by Alex Headley (ajinvestments.alex@gmail.com)
2026-06-05 - 4:50:51 PM GMT- IP address: 159.26.99.230

Document emailed to Rodney Koch (rodko@me.com) for signature
2026-06-05 - 4:51:15 PM GMT

Email viewed by Rodney Koch (rodko@me.com)
2026-06-05 - 5:04:25 PM GMT- IP address: 172.225.42.151

Document e-signed by Rodney Koch (rodko@me.com)
Signature Date: 2026-06-05 - 5:05:33 PM GMT - Time Source: server- IP address: 207.34.93.164 - Signature Appearance Selected: MOBILE_TYPE

Agreement completed.
2026-06-05 - 5:05:33 PM GMT

**Adobe Acrobat Sign**