**Exhibit # 2**
**Wire confirmation**
**TBBD v Branson**

2/6/24, 9:50 AM                          Schedule wire - chase.com

# CHASE  for BUSINESS®

Printed from Chase for Business

---

✔ We've scheduled your wire.

Please print and save this page for your records.

How would you rate your wire experience?

## Account details

---

| | |
|---:|:---|
| Wire to | First American Title Insurance Comp (...2933) |
| Wire from | Business Escrow (...0102) |
| Wire status | In transit |
| Transaction number | 12004986576 |

## Sender information

---

| | |
|---:|:---|
| Wire date | Feb 6, 2024 |
| Wire amount | $50,000.00 USD (U.S. Dollars) |
| Outgoing wire transfer fee | $25.00 USD (U.S. Dollars) |
| **Total** | **$50,025.00**  USD (U.S. Dollars) |

Your account activity will show separate charges for wire amount and wire transfer fee.

## Additional information

---

| | |
|---:|:---|
| Message to recipient bank | None |
| Message to recipient | 2847627 SH01 |
| Memo | Transfer-02-06-2024 |

---

Morgan Chase Bank, N.A. Member FDIC          ©2024 JPMorgan Chase & Co.          Equal Housing Opportunity