**Exhibit # 3 Tow company reciept**
**TBBD v Branson**

Department of Public Safety
# Tow Request and Authorization Form
Wrecker Services Division
PO Box 11415, Oklahoma City, OK 73136-0415

Stored: 4-4-84

DPS Notified by: Mail 4-5-84 or Faxed _____
City PD/County SO Notified 4-3-84
Request to Oklahoma Tax Commission or Other State Licensing
Agent: _____

Date Received Registration Information: _____
Date Owner/Lien Holder Notified by Certified Letter: _____
Other: _____

Print legibly in blue or black ink. The driver license number or state issued ID number shall be redacted before being released to the public.

| Vehicle to be Towed: | License Plate 591-QXP | Year 2017 | State CO | VIN 1GC66 25R8U1081778 | | |
|---|---|---|---|---|---|---|
| | Year 1997 | Make Chevy | Model Express | Body Type Van | | Color(s) White |

| 2. Towing Service DPS Number: | Name Brown + Sons | | | | | |
|---|---|---|---|---|---|---|
| | Address 101 S Kickapoo | | | | | |
| | City or Town Shawnee | | State Ok | Zip 74801 | 405-273-0470 | |

| 3. Real Property Owner, Legal Possessor, or Authorized Agent requesting removal of vehicle: | Business Name Residence | | Person Requesting (Name) Terry Orcante | |
|---|---|---|---|---|
| | Address 34999 Sandy Rock Rd | | | |
| | City or Town Tecumseh | State Ok | Zip 74873 | Telephone ( ) |

| Contents of vehicle at time of removal: | Reason for removal: Abandoned |
|---|---|
| | Condition of Vehicle: Poor |
| No inventory of personal property created for the vehicle because: locked | |

I certify that I am the (check one) _____ owner _____ legal possessor ✓ authorized agent in control of the real property located at 34999 Sandy Rock RD Tecumseh ok 74873 in _____ Pott _____, and
_____(address)_____(city)_____(state)____(zip)_____(county)_____
that I have reasonable cause to believe the above vehicle has been abandoned thereon, said vehicle has been on said property for a minimum of 48 hours, or such vehicle was left thereon without express or implied premission. I request the removal of said vehicle in accordance with all local ordinances and Title 47 O.S., § 954A, by a licensed towing service as provided by law. I further certify that (check all that apply):

_____ the towing service driver and I, jointly and in the presence of each other, inventoried the personal property found within and upon said vehicle, and such personal property is listed above.

✓ no inventory was made for the reason listed above.

_____ a licensed wrecker or towing service in the county in which the real property is located was contacted but was unable to perform the removal in a resonable amount of time. Service contacted: DPS _____ W. _____

Dated this 3 day of Apr l, 20 2 at 4 AM PM (circle one)

_____
(Signature of person in control of real property)

the above _____ valid license issued by the Department of Public Safety, _____ less notated above. I further certify and agree the inventory Apr l, 20 24 at 54 AM PM (circle one)

_____
(Signature of tow driver)

Police Dept. (if within city) or Sheriff's Office; Gold Copy: Real Property Owner, Legal Possessor or Agent;
DPS 43-008 (03 03 2011