PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

TYVEK® IS RECYCLABLE.
HDPE ©2003. DUPONT® AND TYVEK® ARE TRADEMARKS OF DUPONT.

Please Recycle

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™ shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP13C © U.S. Postal Service; July 2013; All rights reserved.

DuPont™ Tyvek®
Protect What's Inside.™

**PRIORITY MAIL EXPRESS**
**POSTAGE REQUIRED**

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.



FOR DOMESTIC AND INTERNAT~~~
LABEL ~~~

*Clerk, U.S. District Court*
*WEST. DIST. OF OKLA.*
*JUN 09 2026*
**RECEIVED**

# PRIORITY
★ MAIL ★
# EXPRESS™
**OUR FASTEST SERVICE IN THE U.S.**

GUA~
GUA~
USP~
INSU~
PICK~
SIGN~

\* Money Back Guarantee to U.S., select APO/FPO/DPO, and select In~
destinations. See DMM and IMM at pe.usps.com for complete detail~

\+ Money Back Guarantee for U.S. destinations only.

EP13C July 2013
OD: 11.625 x 15.125

PS10000000005

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

  **UNITED STATES POSTAL SERVICE.**

---

**UNITED STATES POSTAL SERVICE.**    *Retail*

# E

US POSTAGE PAID
**$41.95**
Origin: 74501
06/06/26
3951040208-20

**PRIORITY MAIL EXPRESS®**

ALEX HEADLEY
PO BOX 305
KIOWA OK 74553-0305
(970) 390-7785

1 Lb 2.40 Oz

**RDC 07**

RETURN RECEIPT REQUESTED
SIGNATURE REQUIRED

SCHEDULED DELIVERY DAY: 06/09/26 06:00 PM

C005

SHIP
TO:

(405) 609-5000
USDC OKWD
STE 1210
200 NW 4TH ST
OKLAHOMA CITY OK 73102-3027

**USPS SIGNATURE® TRACKING #**



9571 1159 2887 6157 8750 68

