UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

**FILED**

JUN 09 2026

JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

THESE BLUEBIRD DAYS, LLC
ALEXANDER HEADLEY

)
)
)

Plaintiff(s)
)
)

vs.
)    CASE NO. CIV-26-1343-G
)

BRANSON MCKIDDY REAL ESTATE, INC
TERRY L and PAMELA J. O'RORKE

)
)
)

Defendant(s)
)

## PRO SE LITIGANT'S REQUEST FOR ISSUANCE OF SUMMONS
(Required by LCvR 3.1)

**Please Note:** A completed summons form for each named defendant must be submitted with this form. The Clerk's Office cannot complete the summons form. Summons may only be issued once the filing fee has been paid or IFP status has been granted.

TO THE CLERK OF SAID COURT: Please issue summons in this case for the persons listed below.

| Name of Defendant(s) | Service Agent (if any) | Address for Service | Type of Service |
|---|---|---|---|
| BRANSON MCKIDDY REAL ESTATE, INC | PAMELA J. O'RORKE | 405 N. BROADWAY TECUMSEH OK 74873 | |
| TERRY L. O'RORKE | TERRY L. O'RORKE | 3601 N. HARRISON ST. SHAWNEE OK 74804 | |
| PAMELA J. O'RORKE | | 405 N. BROADWAY TECUMSEH OK 74873 | |
| | | | |

**ALEXANDER HEADLEY**

Name of Plaintiff                    (Please Type or Print)

_as agent w/out cross provision_
Signature (Plaintiff)

**9703907785**

Telephone No.

**824 S Harrison St** PMB 305

Mailing Address

**Kiowa**                                        **74553**

City & State                                    Zip Code

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

THESE BLUEBIRD DAYS, LLC
ALEXANDER HEADLEY

Plaintiff(s)

vs.                                                         CASE NO. CIV- 26-1343-G

FIRST AMERICAN FINANCIAL CORP dba FIRST AMERICAN TITLE

Defendant(s)

## PRO SE LITIGANT'S REQUEST FOR ISSUANCE OF SUMMONS
(Required by LCvR 3.1)

**Please Note:** A completed summons form for each named defendant must be submitted with this form. The Clerk's Office cannot complete the summons form. Summons may only be issued once the filing fee has been paid or IFP status has been granted.

TO THE CLERK OF SAID COURT: Please issue summons in this case for the persons listed below.

| Name of Defendant(s) | Service Agent (if any) | Address for Service | Type of Service |
|---|---|---|---|
| FIRST AMERICAN FINANCIAL CORP. | CORPORATION SERVICE COMPANY | 251 LITTLE FALLS DR. WILMINGTON DE 19808 | |
| | | | |
| | | | |
| | | | |

## ALEXANDER HEADLEY
Name of Plaintiff                          (Please Type or Print)

_as agent without Recourse or prejudice_
Signature (Plaintiff)

## 9703907785
Telephone No.

## 824 S Harrison St   PMB 305
Mailing Address

## Kiowa                                          74553
City & State                                      Zip Code

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

THESE BLUEBIRD DAYS, LLC
ALEXANDER HEADLEY

                    Plaintiff(s)

VS.

BROWN & SONS DBA RED DIRT TOWING SCOTT BROWN AGENT

                    Defendant(s)

)
)
)
)
)
)
)
)
)
)
)

CASE NO. _CIV-26-1343-G_

## PRO SE LITIGANT'S REQUEST FOR ISSUANCE OF SUMMONS
(Required by LCvR 3.1)

**Please Note:** A completed summons form for each named defendant must be submitted with this form. The Clerk's Office cannot complete the summons form. Summons may only be issued once the filing fee has been paid or IFP status has been granted.

TO THE CLERK OF SAID COURT: Please issue summons in this case for the persons listed below.

| Name of Defendant(s) | Service Agent (if any) | Address for Service | Type of Service |
|---|---|---|---|
| BROWN AND SONS TOWING | SCOTT BROWN | 135 N MARKET STREET SHAWNEE OK 74801 | |
| | | | |
| | | | |
| | | | |

**ALEXANDER HEADLEY**

Name of Plaintiff          (Please Type or Print)

_as agent without recourse prehire_

Signature (Plaintiff)

**9703907785**

Telephone No.

**824 S Harrison St**    PMB 305

Mailing Address

**Kiowa**                           **74553**

City & State                         Zip Code

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

THESE BLUEBIRD DAYS, LLC
ALEXANDER HEADLEY

)
)
)
Plaintiff(s)    )
)    CASE NO. _CIV- 26- 1343-G_
VS.    )
)
EMERALD ACRES LAND AND CATTLE CO LLC AND GAIL D. PLUMMER    )
)
Defendant(s)    )

## PRO SE LITIGANT'S REQUEST FOR ISSUANCE OF SUMMONS
(Required by LCvR 3.1)

**Please Note:** A completed summons form for each named defendant must be submitted with this form. The Clerk's Office cannot complete the summons form. Summons may only be issued once the filing fee has been paid or IFP status has been granted.

TO THE CLERK OF SAID COURT: Please issue summons in this case for the persons listed below.

| Name of Defendant(s) | Service Agent (if any) | Address for Service | Type of Service |
|---|---|---|---|
| GAIL D. PLUMMER | | 36091 HWY 9E SEMINOLE OK 74868 | |
| EMERALD ACRES LAND AND CATTLE CO LLC | LAW OFFICES OF RYAN H.PITTS P.C. | 1701 E HWY HOLDENVILLEOK 74848 | |
| | | | |
| | | | |

**ALEXANDER HEADLEY**

Name of Plaintiff    (Please Type or Print)

as agent without recourse or prejice

Signature (Plaintiff)

9703907785

Telephone No.

824 S Harrison St    PMB 305

Mailing Address

Kiowa    74553

City & State    Zip Code

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

THESE BLUEBIRD DAYS, LLC
ALEXANDER HEADLEY

|  |  |
|---|---|
| Plaintiff(s) | ) |
|  | ) |
| vs. | ) CASE NO. *CIV-26-1343-G* |
|  | ) |
| JACKIE L. MEEKS and KARLA JO MEEKS | ) |
|  | ) |
| Defendant(s) | ) |

## PRO SE LITIGANT'S REQUEST FOR ISSUANCE OF SUMMONS
(Required by LCvR 3.1)

**Please Note:** A completed summons form for each named defendant must be submitted with this form. The Clerk's Office cannot complete the summons form. Summons may only be issued once the filing fee has been paid or IFP status has been granted.

TO THE CLERK OF SAID COURT: Please issue summons in this case for the persons listed below.

| Name of Defendant(s) | Service Agent (if any) | Address for Service | Type of Service |
|---|---|---|---|
| JACKIE L. MEEKS |  | 22699 RANGELINE RD TECUMSEH OK 74873 |  |
| KARLA JO MEEKS |  | 22699 RANGELINE RD TECUMSEH OK 74873 |  |
|  |  |  |  |
|  |  |  |  |

**ALEXANDER HEADLEY**

Name of Plaintiff                    (Please Type or Print)

*without recourse or prejudice*

Signature (Plaintiff)

**9703907785**

Telephone No.

**824 S Harrison St   PMB 305**

Mailing Address

**Kiowa**                                      **74553**

City & State                                      Zip Code