PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

TYVEK® IS RECYCLABLE.
HDPE ©2003. DUPONT™ AND TYVEK ARE TRADEMARKS OF DUPONT.

PRIORITY MAIL EXPRESS
POSTAGE REQUIRED

Please Recycle

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

 EMS

FOR DOMESTIC AND INTERNAT~
LABEL

Clerk, U.S. District Court
WEST. DIST. OF OKLA.
JUN 09 2026
RECEIVED

UNITED STATES POSTAL SERVICE.    *Retail*

E    US POSTAGE PAID
**$41.95**    Origin: 74501
06/06/26
3951040208-20

### PRIORITY MAIL EXPRESS®

ALEX HEADLEY
PO BOX 305
KIOWA OK 74553-0305
(970) 390-7785

1 Lb 2.40 Oz

RDC 07

RETURN RECEIPT REQUESTED
SIGNATURE REQUIRED

SCHEDULED DELIVERY DAY: 06/09/26 06:00 PM

C005

SHIP
TO:



(405) 609-5000
USDC OKWD
STE 1210
200 NW 4TH ST
OKLAHOMA CITY OK 73102-3027

USPS SIGNATURE® TRACKING #



9571 1159 2887 6157 8750 68



# PRIORITY
## ★ MAIL ★
# EXPRESS™
**OUR FASTEST SERVICE IN THE U.S.**

📅 GUA~
🕐 GUA~
📶 USP~
💲 INSU~
🚗 PICK~
✒️ SIGN~

\* Money Back Guarantee to U.S., select APO/FPO/DPO, and select In~
destinations. See DMM and IMM at pe.usps.com for complete detail~

+ Money Back Guarantee for U.S. destinations only.

EP13C July 2013
OD: 11.625 x 15.125


PS10000000005

## VISIT US AT USPS.COM®
### ORDER FREE SUPPLIES ONLINE

   UNITED STATES POSTAL SERVICE.

DuPont™ Tyvek®
Protect What's Inside.™

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™ shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP13C © U.S. Postal Service; July 2013; All rights reserved.