UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

**THESE BLUEBIRD DAYS, LLC,**

Plaintiff,

**FILED**

JUL 0 6 2026

JOAN KANE, CLERK
U.S. DIST. COURT WESTERN DIST. OKLA.
BY_____*naa*_____, DEPUTY

v. **Case No. CIV-26-134-3-G**

**BERKSHIRE HATHAWAY HOMESERVICES, et al.,**

Defendants.

MOTION FOR LEAVE TO FILE ELECTRONICALLY (CM/ECF)

Plaintiff These Bluebird Days, LLC, appearing pro se through its sole member, ALEXANDER HEADLEY, respectfully moves this Court for an order granting Plaintiff permission to utilize the Court's Case Management/Electronic Case Filing (CM/ECF) system for the duration of this litigation. In support of this Motion, Plaintiff states as follows:

1. On June 5, 2026, Plaintiff filed a Verified Complaint in the above-captioned matter involving claims under the Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1962, as well as diversity-based claims for fraud and conversion.

2. Plaintiff is appearing pro se and is currently a CITIZEN of the State of Colorado. Due to the geographic distance between Plaintiff's residence and the Court, the ability to file and receive documents electronically is essential to ensure the timely and efficient litigation of this matter.

3. Plaintiff has regular and reliable access to the internet and the necessary hardware and software to produce documents in PDF format as required by the Court's Electronic Case Filing Policies and Procedures Manual.

4. Plaintiff is familiar with the Federal Rules of Civil Procedure and the Local Rules of this Court and agrees to abide by all rules regarding electronic filing, including the protection of personal identifiers under Fed. R. Civ. P. 5.2.

5.  Granting Plaintiff electronic filing privileges will conserve judicial resources, eliminate the delays associated with traditional mail service, and ensure that Plaintiff receives immediate notice of all court orders and filings by Defendants.

6.  Plaintiff has already registered for a PACER account and is prepared to complete any required training or registration specific to the Western District of Oklahoma upon the Court's approval of this Motion.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion and authorize Plaintiff to file and receive documents electronically through the CM/ECF system.

Respectfully submitted,

**ALEXANDER HEADLEY**

Sole Member, These Bluebird Days, LLC

383 Hummingbird Circle Silverthorne Co 80498

970-390-7785

ajinvestments.alex@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2026, I filed the foregoing with the Clerk of Court. Because no Defendants have yet been served or appeared in this action, no service is required under Fed. R. Civ. P. 5(a)(1)(B).

**S/ALEXANDER HEADLEY**