

U.S. POSTAGE PAID
PM
KIOWA, OK 74553
JUN 30, 2026

73102    **$12.90**

RDC 03    0 Lb 9.90 Oz    S2324P505276-02

*PRESS FIRMLY TO SEAL*    *PRESS FIRMLY TO SEAL*

# PRIORITY®
## ★ MAIL ★

 **DATE OF DELIVERY SPECIFIED** *

 **USPS TRACKING™ INCLUDED** *

 **INSURANCE INCLUDED** *

 **PICKUP AVAILABLE**

FROM: A. Headley
Box 305
Kiowa Ok
74553

TO: USDC WDOK.
200 NW 4th St.
Room 1210
Okc. Ok 73102

EXPECTED DELIVERY DAY: 07/03/26

USPS TRACKING® #



9505 5170 5141 6181 0398 12

**RECEIVED**

JUL 0 6 2026

Clerk, U.S. District Court
WEST.DIST.OF OKLA.

PS00001000014

EP14F July 2013
OD: 12.5 x 9.5

## VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

 **UNITED STATES POSTAL SERVICE®**

This envelope is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.