AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
## Western District of Oklahoma

THESE BLUEBIRD DAYS. LLC
ALEXANDER HEADLEY

)
)
)
)
Plaintiff(s),                    )
)
v.                               )   Case No. CIV-26-134-3-G
)
BRANSON McKIDDY REALESTATE INC   )
DBA BENCHMARK REALTY             )
)
)
Defendant(s).                    )

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

BRANSON McKIDDY REAL ESTATE, INC.
405 N. BROADWAY
TECUMSEH, OK 74873

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

THESE BLUEBIRD DAYS, LLC
ALEXANDER HEADLEY
824 SOUTH HARRISON STREET
PMB 305
KIOWA OK 74553

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS ISSUED:
3:25 pm, Jul 06, 2026
JOAN KANE, CLERK

By:_____

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____ _____
Server's signature

_____
Printed name and title


_____
Server's address

Additional information regarding attempted service, etc:

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of Oklahoma

THESE BLUEBIRD DAYS, LLC )
ALEXANDER HEADLEY )
)
)
Plaintiff(s), )
)
v.   TERRY L. O'RORKE )   Case No.  CIV-26-134-3-G
)
)
)
)
)
Defendant(s). )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

TERRY L. O'RORKE
3601 W. HARRISON ST.
SHAWNEE, OK  74804

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

THESE BLUEBIRD DAYS, LLC.
ALEXANDER HEADLEY
824 SOUTH HARBISON STREET
PMB 305
KIOWA OK  74553

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SUMMONS ISSUED:*
3:25 pm, Jul 06, 2026
*JOAN KANE, CLERK*

By:_____

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____ .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                    *Server's signature*


                                          _____
                                                    *Printed name and title*


                                          _____
                                                    *Server's address*

Additional information regarding attempted service, etc:

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Western District of Oklahoma

THESE BLUEBIRD DAYS, LLC
ALEXANDER HEADLEY                   )
                                    )
                                    )
                                    )
        Plaintiff(s),               )
                                    )
v.                                  )    Case No.  CIV-26-134-3-G
                                    )
    PAMELA J. O'RORKE               )
                                    )
                                    )
                                    )
        Defendant(s).               )

SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

PAMELA J. O'RORKE
3601 W. HARRISON ST.
SHAWNEE, OK  74804

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

THESE BLUEBIRD DAYS, LLC.
ALEXANDER HEADLEY
824 SOUTH HARBISON STREET
PMB 305
KIOWA OK  74553

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS ISSUED:
3:25 pm, Jul 06, 2026
*JOAN KANE, CLERK*

By:_____

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .


I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                      *Server's signature*

                                              _____
                                                      *Printed name and title*


                                              _____
                                                      *Server's address*

Additional information regarding attempted service, etc:

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of Oklahoma

| | |
|---|---|
| THESE BLUEBIRD DAYS. LLC. ALEXANDER HEADLEY<br><br>Plaintiff(s),<br><br>v.  FIRST AMERICAN FINANCIAL CORP DBA. FIRST AMERICAN TITLE<br><br><br><br>Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. CIV-26-134-3-G

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
FIRST AMERICAN FINACIAL CORP.
CORPORATION SERVICE COMPANY
251 LITTLE FALLS DR.
WILMINGTON , DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
THESE BLUEBIRD DAYS. LLC  & ALEXANDER HEADLEY
824. SOUTH HARRISON STREET
PMB 305
KIOWA OK 74553

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS ISSUED:
3:26 pm, Jul 06, 2026
*JOAN KANE, CLERK*

By:_____

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

| | |
|---|---|
| THESE BLUEBIRD DAYS, LLC. <br> ALEXANDER HEADLEY <br><br> Plaintiff(s), <br><br> v. <br><br> EMERALD ACRES LAND AND CATTLE CO, LLC, <br><br><br> Defendant(s). | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. CIV-26-134-3-G |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

EMERALD ACRES LAND AND CATTLE CO, LLC.
LAW OFFICES OF RYAN H. PITTS P.C.
1701 E HWY
HOLDENVILLE OK
74848

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

THESE BLUEBIRD DAYS LLC
ALEXANDER HEADLEY
824 SOUTH HARRISON STREET
PMB 305
KIOWA OK 74553

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*SUMMONS ISSUED:*
3:26 pm, Jul 06, 2026
*JOAN KANE, CLERK*

By:_____

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑  I returned the summons unexecuted because _____ ; or

❑  Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
## Western District of Oklahoma

THESE BLUEBIRD DAYS, LLC
ALEXANDER HEADLEY

Plaintiff(s),

v.   GAIL D. PLUMMER

Defendant(s).

Case No. CIV-26-134-3-G

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

GAIL D. PLUMMER
36091 HWY 9E
SEMINOLE OK 74868

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

THESE BLUE BIRD DAYS, LLC -
ALEXANDER HEADLEY
824 SOUTH HARRISON STREET
PMB 305
KIOWA OK 74553

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS ISSUED:
3:26 pm, Jul 06, 2026
JOAN KANE, CLERK

By:_____

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____ .


I declare under penalty of perjury that this information is true.


Date: _____           _____
                                         *Server's signature*


                                         _____
                                         *Printed name and title*


                                         _____
                                         *Server's address*

Additional information regarding attempted service, etc:

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

| | |
|---|---|
| THESE BLUEBIRD DAYS, LLC<br>ALEXANDER HEADLEY<br><br><br>Plaintiff(s),<br><br>v.     JACKIE L. MEEKS<br><br><br>Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No.  CIV-26-134-3-G<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
JACKIE L. MEEKS
22699  RIANGELINE RD.
TECUMSEH OK. 74873

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

THESE BLUEBIRD DAYS. LLC.
ALEXANDER HEADLEY
824 S. HARRISON STREET
PMB 305
KIOWA OK 74553

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



*SUMMONS ISSUED:*
3:26 pm, Jul 06, 2026
*JOAN KANE, CLERK*

*By:* _____

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

    ❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    ❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    ❏ I returned the summons unexecuted because _____ ; or

    ❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 _____ .


I declare under penalty of perjury that this information is true.


Date: _____

                          _____
                                    *Server's signature*


                          _____
                                   *Printed name and title*


                          _____
                                   *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of Oklahoma

THESE BLUEBIRD DAYS, LLC )
ALEXANDER HEADLEY )
)
)
)
Plaintiff(s), )
)
v. )     Case No. CIV-26-134-3-G
)
KARLA JO MEEKS )
)
)
)
Defendant(s). )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
KARLA JO MEEKS
22699 RANGELINE RD.
TECUMSEH OK. 74873

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
THESE BLUEBIRD DAYS, LLC.
ALEXANDER HEADLEY
824 S. HARRISON STREET
PMB 305
KIOWA OK 74553

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*SUMMONS ISSUED:*
3:27 pm, Jul 06, 2026
*JOAN KANE, CLERK*

*By:*_____

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>0.00</u> .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

| | |
|---|---|
| THESE BLUEBIRD DAYS, LLC<br>ALEXANDER HEADLEY<br><br><br>Plaintiff(s),<br><br>v.<br><br>BROWN & SONS DBA RED DIRT TOWING<br>SCOTT BROWN, AGENT<br><br><br>Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. CIV - 26-134-3 - G

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

BROWN & SONS DBA RED DIRT TOWING
SCOTT BROWN, AGENT
135 N. MARKET ST.
SHAWNEE, OK 74801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

THESE BLUEBIRD DAYS, LLC.
ALEXANDER HEADLEY
824 SOUTH HARRISON STREET
PMB 305
KIOWA OK. 74553

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:
3:27 pm, Jul 06, 2026
JOAN KANE, CLERK

By:_____

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏  I returned the summons unexecuted because _____ ; or

❏  Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.


Date: _____            _____
                                          *Server's signature*


                                       _____
                                          *Printed name and title*



                                       _____
                                          *Server's address*

Additional information regarding attempted service, etc: