UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

**THESE BLUEBIRD DAYS, LLC,**

an Oklahoma Limited Liability Company,

Plaintiff,

v.  Case No. 26-CIV-1343-G

FILED

JUL 20 2026

JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

**BERKSHIRE HATHAWAY HOMESERVICES BENCHMARK REALTY;**

**FIRST AMERICAN TITLE INSURANCE COMPANY;**

**BROWN AND SONS TOWING & RECOVERY, LLC;**

**TERRY O'RORKE, an individual;**

**DEBBIE BOURBONNAIS , an individual;**

**JACKIE L. MEEKS, KARLA JO MEEKS a married man and wife;**

**GAIL D. PLUMMER, an individual and**

**EMERALD ACRES LAND AND CATTLE CO. LLC.**

Defendants.

FIRST AMENDED VERIFIED COMPLAINT

**JURY TRIAL DEMANDED**

Plaintiff, These Bluebird Days, LLC ("Plaintiff"), by and through its sole member, for its
First Amended Verified Complaint against Defendants, alleges and states as follows:

## I. NATURE OF THE ACTION

1. This is an action arising under the **Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. Section 1962(c),** involving a coordinated, quota-driven fraudulent enterprise designed to misappropriate escrow funds and convert personal property through a series of predicate acts including wire fraud and mail fraud.

## II. PARTIES, JURISDICTION, AND VENUE

2. Plaintiff These Bluebird Days, LLC is an Oklahoma LLC whose sole member is a citizen of Colorado.

3. Defendant First American Title Insurance Company ("First American") is a foreign corporation doing business in Shawnee, Oklahoma.

4. Defendant Terry O'Rorke is a real estate licensee associated with Defendant Berkshire Hathaway HomeServices ("Berkshire Hathaway").

5. Defendant Debbie Bourbonnais is the Title Manager for First American's Shawnee office.

6. Jurisdiction is proper under **28 U.S.C. Section 1331** (Federal Question) and **28 U.S.C. Section 1332** (Diversity). The amount in controversy exceeds $75,000.00 exclusive of interest and costs. Supplemental jurisdiction over state law claims is proper under **28 U.S.C. Section**

## III. PARTICULARIZED FACTUAL ALLEGATIONS: THE RACKETEERING PATTERN

### A. Predicate Act 1: The January 26 "Paper Closing" (Wire/Mail Fraud)

1. On Friday, January 26, 2024, at approximately 3:00 PM CST, at the offices of First American Title located at 123 W. Highland St., Shawnee, OK, Defendants Terry O'Rorke and Debbie Bourbonnais orchestrated a fraudulent "Paper Closing."

2. At this specific time and place, Defendants represented to Plaintiff that the transaction was ready for final execution, despite Defendants' knowledge that Plaintiff's purchase funds had not yet cleared - a material condition precedent to a lawful closing.

3. To further the illusion of a completed transaction, Defendants encouraged Plaintiff to bring his minor children to the ceremony to celebrate the "purchase."

4. Plaintiff, in reliance on these professional representations, executed all closing and transfer documents provided by Defendant Debbie Bourbonnais.

5. On information and belief, Defendants executed this sham ceremony to falsely report a "closed" transaction to their respective corporate offices to satisfy January 2024 production quotas, utilizing interstate wire facilities to transmit these false status reports.

6. This fraudulent "closing" was the essential first step in a scheme to lull Plaintiff into a false sense of security, which directly induced the subsequent $50,000.00 wire transfer on or about February 6, 2024.

### B. Predicate Act 2: The $50,000.00 FROR Inducement

11. Relying on the false representation that the January transaction was valid, Plaintiff's partner, Rodney Koch, negotiated a "First Right of Refusal" (FROR) with Defendant O'Rorke.

12. On or about February 6, 2024, Plaintiff caused $50,000.00 to be wired to First American.

13. Defendants accepted these funds but failed to record the FROR or provide Plaintiff with the e-signed documents, subsequently misappropriating the funds without authorization.

### C. Predicate Act 3: The June Conversion (Theft)

14. On or about April 3, 2024, potentially to finalize a subsequent sale to a new buyer, Defendants coordinated the non-consensual tow of Plaintiff's 1997 Chevy Express G2500 van by Defendant Brown and Sons.

15. Specialized construction tools, including fiber optic equipment valued at $50,000.00 was converted or stolen while in Defendants' custody, this was discovered on or about June 6 2024, when plaintiff was on site at the defendant brown tow yard, only after being notified of a sale via mail that was sent to his P.O. Box in Colorado one day earlier. All of the high dollar items including the wheels and tires were removed and plaintiff was told it was "thrown away" to facilitate a sale, which the defendant was supposed to have in the next "few days" according to the front desk clerk.

### IV. CAUSES OF ACTION

### COUNT I: CIVIL RICO (18 U.S.C. Section 1962(c))

16. Defendants formed an association-in-fact enterprise to engage in a pattern of racketeering activity. The predicate acts of fraud (January Closing and February FROR) and conversion (April Towing) demonstrate continuity and a common purpose. Plaintiff has suffered $200,000.00 in actual damages, subject to trebling under **18 U.S.C. Section 1964(c)**.

## COUNT II: FRAUDULENT INDUCEMENT

17. Defendants O'Rorke and Bourbonnais made material misrepresentations during the January Sham Closing to induce Plaintiff's continued participation and subsequent $50,000.00 payment.

## COUNT III: BREACH OF FIDUCIARY DUTY (Against First American and Debbie)

18. As escrow agents, Defendants owed a fiduciary duty to Plaintiff, which was breached by the unauthorized disbursement of $50,000.00.

## COUNT IV: REPLEVIN AND CONVERSION

19. Plaintiff is entitled to the immediate return of the 1997 Chevy Express G2500  VIN 1GCGG25R8V1081778 and damages for all converted contents.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendants, jointly and severally, for:

A. Actual damages of $200,000.00;

B. Treble damages of $600,000.00 pursuant to RICO, in the alternative to Count I;

C. Immediate return of the Vehicle;

D. Punitive damages, costs, and attorney's fees.


Respectfully submitted,

/s/Alexander Headley

Sole Member, These Bluebird Days, LLC

824 South Harrison Street PMB 305 Kiowa, OK 74553

970-390-7785

ajinvestments.alex@gmail.com