**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| THESE BLUEBIRD DAYS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BRANSON MCKIDDY REAL ESTATE, INC. D/B/A BERKSHIRE HATHAWAY HOMESERVICES BENCHMARK REALTY et al.,<br><br>Defendants. | Case No. 26-CIV-1343-G |

**DEFENDANTS BRANSON MCKIDDY REAL ESTATE AND TERRY O'RORKE'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6) AND 10(c)**

Defendants, Branson McKiddy Real Estate, Inc. d/b/a Berkshire Hathaway HomeServices Benchmark Realty ("Benchmark") and Terry O'Rorke ("O'Rorke") (together, "Defendants"), together file the following Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 10(c) of all claims by Plaintiff, These Bluebird Days, LLC ("Plaintiff").

## I. INTRODUCTION

Plaintiff has asserted improper claims against both Benchmark and O'Rorke for the Racketeering and Corrupt Organizations Act ("RICO"). Plaintiff has also asserted an improper separate claim for fraudulent inducement against O'Rorke. Defendants First American Title Insurance Company ("First American") and Debbie Bourbonnais ("Bourbonnais") have separately moved and brief this Court pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss these same claims made by Plaintiff. The same defendants also moved the Court to dismiss based on the fact that Plaintiff, a limited liability company, is not represented by counsel. The same defendants further moved the Court to dismiss because Plaintiff, an inactive Oklahoma limited liability

company, lacks capacity to bring suit. Pursuant to Federal Rule of Civil Procedure 10(c), "[a] statement in a pleading may be adopted by reference . . . in any other pleading or motion." In the interest of judicial efficiency, Defendants Benchmark and O'Rorke adopt First American and Bourbonnais' Motion to Dismiss in its entirety and on the same three grounds: (1) for failure to assert claims under FRCP 12(b)(6), (2) failure to be represented by counsel, and (3) lack of capacity to sue.

For these reasons, and as specifically referenced and cited in further detail below, Plaintiff's claims against Defendants should be dismissed.

## II. ARGUMENT

Defendants join in Defendants First American and Bourbonnais' Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(6) on all counts. Defendants further join and adopt First American and Bourbonnais Motion on the basis that Plaintiff is neither represented by counsel nor has the capacity to sue as a legal entity.

### A. Defendants Benchmark and O'Rorke Join First American and Bourbonnais' Motion to Dismiss in Its Entirety Under FRCP 10(c).

Defendants Benchmark and O'Rorke join First American and Bourbonnais' motion to dismiss in its entirety, on each and every ground, and under all arguments asserted. These arguments specifically include the following:

(1) The case must be dismissed because Plaintiff is not represented by counsel. *See* Motion to Dismiss of Defendants First American and Debbie Bourbonnais, With Brief in Support, at pages 2-3.

(2) Plaintiff lacks capacity to file suit. *See id.* at 3-4.

(3) Plaintiff has failed to state a claim upon which relief can be granted for its RICO and fraudulent inducement claims, as they apply to Defendants. Further, Plaintiff's non-RICO claims are barred by the two-year statute of limitations. *See id.* at 4-12.

The Federal Rules of Civil Procedure allow Defendants Benchmark and O'Rorke to join

and adopt these arguments by reference pursuant to Rule 10(c). Again, "[a] statement in a pleading may be adopted by reference elsewhere in the same pleading **<u>or in any other pleading or motion</u>**" (emphasis added). For these reasons, Benchmark and O'Rorke join, adopt, and incorporate the same foregoing arguments as if they were their own.

## III. CONCLUSION

In conclusion, Defendants Benchmark and O'Rorke respectfully request that this Court dismiss the claims asserted against them because (1) Plaintiff is not properly represented by counsel, (2) Plaintiff lacks legal capacity to file suit, and (3) Plaintiff has failed to state a claim upon which relief can be granted. Defendants Benchmark and O'Rorke adopt, join, and assert these arguments made by Defendants First American and Bourbonnais as if they had made them, as permitted by Federal Rule of Civil Procedure 10(c). Defendants pray that the Court dismiss this action with prejudice and grant them such other and further relief as is just and proper.

Dated this 31st day of August 2026.

*s/ Lauren C. Fabela*
Lauren C. Fabela, OBA #35394
GORDON REES SCULLY
MANSUKHANI, LLP
321 South Boston Avenue, Suite 300
Oklahoma City, Oklahoma 74103
Telephone (512) 589-5799
Facsimile (405) 871-5601
Email: lfabela@grsm.com

Attorney for Defendants,

Branson-McKiddy Real Estate, Inc. d/b/a
Berkshire Hathaway HomeServices
Benchmark Realty and Terry O'Rorke

**CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2026, a true, correct, and exact copy of the foregoing document was sent via ECF to all counsel of record.

*s/ Lauren C. Fabela*
Lauren C. Fabela