**ALEXANDER HEADLEY**
Managing Member
These Bluebird Days, LLC
824 South Harrison Street PMB 305
Kiowa, OK 74553
ajinvestments.alex@gmail.com

September 3, 2026

Joan Kane, Clerk of Court
United States District Court
Western District of Oklahoma
William J. Holloway, Jr. United States Courthouse
200 N.W. 4th Street, Room 1210
Oklahoma City, OK 73102

**Re:** These Bluebird Days, LLC v. Berkshire Hathaway HomeServices
Benchmark Realty, et al.
Case No. 5:26-cv-01343-G
Plaintiff's Response and Brief in Opposition to Motion to Dismiss [Doc. 12]

Dear Ms. Kane:

Please accept for filing the enclosed Plaintiff's Response and Brief in Opposition to the Motion to Dismiss of Defendants First American Title Insurance Company and Debbie Bourbonnais [Doc. 12], together with the accompanying exhibits identified below.

This response is signed by Plaintiff's managing member solely to meet the response deadline in LCvR 7.1(g). Plaintiff requests that the Court accept the filing for that limited purpose pending the appearance of licensed counsel.

As stated in the Certificate of Service attached to the Response, copies have been served by email and United States Mail upon counsel of record for the moving defendants.

Please file the enclosed papers and place them of record in the above-captioned action.

Respectfully submitted,

/s/ Alexander Headley
Alexander Headley
Managing Member
These Bluebird Days, LLC

**Enclosures:**
1. Plaintiff's Response and Brief in Opposition to Motion to Dismiss [Doc. 12]
2. Exhibit 4 — June 5, 2026 email to newcases@okwd.uscourts.gov
3. Exhibit 5 — Priority Mail Express envelope and tracking (Doc. 1-6)
4. Exhibit 6 — Oklahoma Secretary of State Reinstatement, Doc. No. 78204180002
5. Exhibit 7 — Filed Notice of Lis Pendens, Pottawatomie County (34995 & 34999 Sandy Rock Rd., Tecumseh, OK)

cc: Melvin R. McVay, Jr. and Clayton D. Ketter

Phillips Murrah P.C.
424 N.W. 10th Street, Suite 300
Oklahoma City, OK 73103
mrmcvay@phillipsmurrah.com; cdketter@phillipsmurrah.com