Gmail Ex. 4 alex headley <ajinvestments.alex@gmail.com>

---

**limitations deadline today please file asap**

1 message

---

**Alex Headley** <ajinvestments.alex@gmail.com> Fri, Jun 5, 2026 at 1:55 PM
To: newcases@okwd.uscourts.gov

Hi Amy,

Following up on our conversation from earlier this morning, please find the requested documents attached.

Thank you for your patience while I gathered these materials.

Thanks and God Bless,
Alex Headley

Alex Headley, GM
Cowboy Investments, LLC
970-390-7785 cell
303-578-9112 Office
Skype: Cowboyinvest

alex@cowboyinvestmentsllc.com

Conference Call line Info: 857-216-6700 pin: 888352#

Reports and information prepared by Cowboy Investments, LLC ("Cowboy") are based on public information, information obtained from third-party consultants and professionals, and opinions of Cowboy. Cowboy makes every effort to use reliable, comprehensive information, but Cowboy and its consultants can make no representation or warranty, expressed or implied, that it is accurate, valid, suitable, complete, or timely. No liability will be assumed for direct or consequential damages of any kind or nature. Cowboy has no obligation to inform you when its opinions or information change, and you are directed and encouraged to independently verify all data received before engaging in any transaction.

---

**12 attachments**

- **5-EXHIBIT 2 USDC WDOK These Bluebird Days - Outgoing Wire Transfer Receipt - First American Title Insurance Co - 02-06-2024.pdf**
  74K
- **4-EXHIBIT 1 USDC WDOK_RK AFFIDAVIT - signed.pdf**
  205K
- **2-JS-44.pdf**
  173K
- **1-CLERK_COVER LETTER.pdf**
  114K
- **3-USDC WDOK Complaint v Branson.pdf**
  132K

**6-EXHIBIT 3 USDC WDOK Towing proof.pdf**
977K

**2-SUM-USDC WDOK TBBD v Terry.pdf**
124K

**4-SUM-USDC WDOK TBBD v First.pdf**
124K

**5-SUM-USDC WDOK TBBD v Meeks.pdf**
124K

**3-SUM-USDC WDOK TBBD v Brown.pdf**
124K

**1-SUM-USDC WDOK TBBD v Branson.pdf**
124K

**6-SUM-USDC WDOK TBBD v Plum.pdf**
124K