PRIORITY MAIL EXPRESS
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

EMS

…INTERNAT
…LABEL I

UNITED STATES POSTAL SERVICE. Retail

E

US POSTAGE PAID
$41.95
Origin: 74501
06/06/26
3951040208-20

PRIORITY MAIL EXPRESS®

ALEX HEADLEY
PO BOX 305
KIOWA OK 74553-0305
(970) 390-7785

1 Lb 2.40 Oz
RDC 07

RETURN RECEIPT REQUESTED
SIGNATURE REQUIRED

SCHEDULED DELIVERY DAY: 06/09/26 06:00 PM

C005

SHIP TO:
(405) 609-5000
USDC OKWD
STE 1210
200 NW 4TH ST
OKLAHOMA CITY OK 73102-3027

USPS SIGNATURE® TRACKING #
9571 1159 2887 6157 8750 68

RECEIVED
JUN 09 2026
Clerk, U.S. District Court
WEST. DIST. OF OKLA.

PRIORITY ★ MAIL ★ EXPRESS™
OUR FASTEST SERVICE IN THE U.S.

GUA…
GUA…
USP…
INSU…
PICK…
SIGN…

* Money Back Guarantee to U.S., select APO/FPO/DPO, and select In… destinations. See DMM and IMM at pe.usps.com for complete detail…

† Money Back Guarantee for U.S. destinations only.

PS10000000005

EP13C July 2013
OD: 11.625 x 15.125

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

UNITED STATES POSTAL SERVICE.

TYVEK® IS RECYCLABLE. HDPE 2
©2003. DUPONT™ AND TYVEK® ARE TRADEMARKS OF DUPONT.

PRESS FIRMLY TO SEAL

Please Recycle

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™ shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP13C © U.S. Postal Service; July 2013; All rights reserved.

DuPont™ Tyvek® Protect What's Inside.™