FILED - Oklahoma Secretary of State #3513543383 08/27/2026

Ex. 6

# OKLAHOMA Secretary of State Electronic Filing

**Reinstatement**

Document Number 78204180002 Submit Date - 8/27/2026

I hereby execute the following articles for the purpose of reinstating a limited liability company pursuant to the provisions of Title 18, Section 2055.2:

The name of the limited liability company is:
THESE BLUEBIRD DAYS LLC

If different, the name under which the limited liability company was registered in the state of Oklahoma:

The state or other jurisdiction of its formation:
OK

Is the Limited Liability Company active? YES

The address of the principal place of business address, wherever located:
33 BOYLE ROAD
KIOWA, OK 74553 USA
Email: ajinvestments.alex@gmail.com

The annual certificates due and paid by this reinstatement are:

| YEAR: | DUE DATE: |
|---|---|
| 2024 | 21 Dec 2024 |
| 2025 | 21 Dec 2025 |

Signature of Member or Manager:

I hereby certify that the information provided on this form is true and correct to the best of my knowledge and by attaching the signature I agree and understand that the typed electronic signature shall have the same legal effect as an original signature and is being accepted as my original signature pursuant to the Oklahoma Uniform Electronic Transactions Act, Title 12A Okla. Statutes Section 15-101, et seq.

Signature:
ALEX HEADLEY
Title:
MANAGING MEMBER

[End Of Image]