POTTAWATOMIE OKLAHOMA
COUNTY CLERK

Ex. 7

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

**THESE BLUEBIRD DAYS, LLC,**

an Oklahoma Limited Liability Company,

Plaintiff,

v. **Case No. CIV 26-1343-G**

**BERKSHIRE HATHAWAY HOMESERVICES BENCHMARK REALTY;**

**FIRST AMERICAN TITLE INSURANCE COMPANY;**

**BROWN AND SONS TOWING & RECOVERY, LLC;**

**TERRY O'RORKE; DEBBIE BOURBONNAIS;**

**JACKIE L. MEEKS AND KARLA JO MEEKS;**

**GAIL D. PLUMMER; and**

**EMERALD ACRES LAND AND CATTLE CO LLC.,**

Defendants.

**NOTICE OF LIS PENDENS**

**STATE OF OKLAHOMA**

**COUNTY OF POTTAWATOMIE**

POTTAWATOMIE COUNTY, OK
COUNTY CLERK

**TO ALL WHOM IT MAY CONCERN:**

**NOTICE IS HEREBY GIVEN** that a civil action has been commenced and is now pending in the United States District Court for the Western District of Oklahoma, Case No. CIV 26-1343-G, involving the real property described below.

**1. THE PARTIES:** The Plaintiff is These Bluebird Days, LLC. The Defendants are Berkshire Hathaway HomeServices Benchmark Realty, First American Title Insurance Company, Brown and Sons Towing & Recovery, LLC, Terry O'Rorke, Debbie Bourbonnais, Jackie and Karla Meeks, Gail D. Plummer and Emerald Land and Cattle Co. LLC.

**2. NATURE OF THE ACTION:** This action involves claims of Civil RICO (18 U.S.C. Section 1962), Fraudulent Inducement, Breach of Fiduciary Duty, and Civil Conspiracy. Plaintiff seeks, among other remedies, the enforcement of a First Right of Refusal and the recovery of a $50,000.00 escrow deposit related to the purchase and/or right to purchase the subject property. The outcome of this litigation may affect the title to, or the right of possession of, the real property described herein.

**3. LEGAL DESCRIPTION OF PROPERTY:** The real property affected by this action is situated in Pottawatomie County, State of Oklahoma, and is described as follows:

**Section 19, Township 09N, Range 03E.**

**NW/4 & W/2 SE/4 & E/2 SW/4 & LESS COMM NW/C OF GOVERNMENT LOT 1 S1528.23' TO POB TH E268.51' S3322'11"E 243' S08*01'08"E 71.90' S51*53'51"E 102.49' S4512'20"E 917.57' W1130.17' N990' TO POB (TRACT 1) & 15' ACCESS EASEMENT.**

**Commonly known as:** 34995 & 34999 Sandy Rock Rd., Tecumseh, OK 74873.

**4. EFFECT OF NOTICE:** Pursuant to 12 O.S. Section 2004.2, while this action is pending, no third person shall acquire an interest in the subject property as against the Plaintiff's title or interest therein.

Dated this 15th day of July, 2026.

PG 3 OF 3

**ALEXANDER HEADLEY**

Sole Member, These Bluebird Days, LLC

824 South Harrison Street PMB 305 Kiowa Ok 74553

970-390-7785

**ACKNOWLEDGMENT**

STATE OF OK

COUNTY OF Pittsburg ss:

Before me, the undersigned, a Notary Public in and for said County and State, on this 15th day of July, 2026, personally appeared ALEXANDER HEADLEY, to me known to be the identical person who executed the within and foregoing instrument, and acknowledged to me that he/she executed the same as a free and voluntary act and deed for the uses and purposes therein set forth.

Given under my hand and seal the day and year last above written.

**NOTARY PUBLIC**

My Commission Expires: 5/1/2028

Notary Public State of Oklahoma
Ethan Vanscoy
My Commission # 24005818
Expires 5/1/2028

Return to:
These Bluebird Days LLC
824 South Harrison St
PMB 305
Kiowa OK 74553

# Receipt

Pottawatomie County Clerk
SHAWNEE, OK
Raeshel Flewallen, County Clerk

Received Of
THESE BLUEBIRD DAYS LLC

Receipt Number: 2026-00005627
Date: 07/30/2026 11:33:49 AM
Received By: Cole Dickinson
Record Series: 2026

| Doc # | Type | Fees | Doc Stamps |
|---|---|---|---|
| 009922 | NOTI | $22.00 | |

| | |
|---|---|
| PRESERVATION FE | $10.00 |
| RECORDING FEE | $12.00 |
| Total: | $22.00 |

| Payment | Paid |
|---|---|
| CHECK #298176334555 | $22.00 |

**Total Paid: $22.00**