...LY TO SEAL

PRIORITY MAIL EXPRESS
FLAT RATE ENVELOPE
POSTAGE REQUIRED

# PRIORITY MAIL EXPRESS®

RECEIVED
SEP 08 2026
Clerk, U.S. District Court
WEST. DIST. OF OKLA.

SAVANNA OK 74565
SEP 03 2026
USPS

b/c
9-5-26

## FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

FOR DOMEST...
PLACE...

- Guaranteed d...
- Guaranteed d...
- USPS Trackin... and many inte...
- Pick up availa...
- Domestic ship... (restrictions a...
- Signature inc...

*Money Back Guara... select International... See DMM and IMM...

**Insurance does not... claims exclusions s... http://pe.usps.com...

†Money Back Guara...

WHEN USED INTERNATION...

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

PS10001000006

EP13F October 2023
OD: 12 1/2 x 9 1/2

PAPER POUCH
how2recycle.info

UNITED STATES POSTAL SERVICE® Click-N-Ship®

E

usps.com
$31.11
US POSTAGE

9481 7301 0935 5001 3079 01 0311 1001 0007 3102

U.S. POSTAGE PAID
Click-N-Ship®

09/03/2026
1 lb 0 oz

Mailed from 74553 702283061857033

PRIORITY MAIL EXPRESS®

Created 2026-09-03
Flat Rate Envelope
RDC 07
C005

THESE BLUEBIRD DAYS LLC
ALEXANDER HEADLEY
PMB 305
824 S HARRISON ST
KIOWA OK 74553-8000

SIGNATURE REQUIRED

USDC WDOK OFFICE OF THE CLERK
200 NW 4TH ST STE 1210
OKLAHOMA CITY OK 73102-3027

USPS TRACKING #

9481 7301 0935 5001 3079 01

...STATES ...SERVICE.

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; October 2023; All rights reserved.