**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

THESE BLUEBIRD DAYS, LLC,

Plaintiff(s),

v.

BRANSON MCKIDDY REAL ESTATE, INC. D/B/A BERKSHIRE HATHAWAY HOMESERVICES BENCHMARK REALTY ET AL.,

Defendant(s)

Case No. 26-CIV-1343-G

# ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Defendants, Emerald Acres Land & Cattle Co., LLC and Gail Plummer.
(Plaintiff/Defendant) (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Leif Swedlow 9/9/26
Signature Date

Leif Swedlow
Print Name

Rubenstein & Pitts, PLLC
Firm

1503 E 19th Street
Address

Edmond, OK 73013
City State Zip Code

4053401900
Telephone

lswedlow@oklawpartners.com
Internet E-mail Address

Criminal Cases Only:

- ☐ Retained or USA
- ☐ CJA Appointment
- ☐ Federal Public Defender
- ☐ Pro Bono
- ☐ CJA Training Panel

*Certificate of Service*

☑ I hereby certify that on September 9, 2026, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☐ I hereby certify that on ____________, I filed the attached document with the Clerk of the Court and served the attached document by ____________ on the following, who are not registered participants of the ECF System:

s/ Leif Swedlow
s/ Attorney Name