**ALEXANDER HEADLEY**
Managing Member
These Bluebird Days, LLC
824 South Harrison Street PMB 305
Kiowa, OK 74553
ajinvestments.alex@gmail.com

---

September 21, 2026

Joan Kane, Clerk of Court
United States District Court
Western District of Oklahoma
William J. Holloway, Jr. United States Courthouse
200 N.W. 4th Street, Room 1210
Oklahoma City, OK 73102

Re: These Bluebird Days, LLC v. Branson McKiddy Real Estate, Inc.
*d/b/a Berkshire Hathaway HomeServices Benchmark Realty, et al.*
*Case No. 5:26-cv-01343-G*
*Plaintiff's Responses to Motions to Dismiss [Docs. 14 and 17]*

Dear Ms. Kane:

Please accept for filing the enclosed Plaintiff's Response and Brief in Opposition to Defendants Branson McKiddy Real Estate, Inc. and Terry O'Rorke's Motion to Dismiss [Doc. 14], and Plaintiff's Response and Brief in Opposition to Emerald Acres Land & Cattle Co., LLC and Gail Plummer's Motion to Dismiss [Doc. 17].

Each response is signed by Plaintiff's managing member solely to meet the response deadline in LCvR 7.1(g). Plaintiff requests that the Court accept the filings for that limited purpose pending the appearance of licensed counsel. As stated in the responses, Latham & Watkins LLP is identifying the litigator who will enter the case, and Plaintiff asks through and including October 9, 2025, for that appearance.

As stated in the Certificates of Service attached to the Responses, copies have been served by email and United States Mail upon counsel of record for the moving defendants and the other appearing defendants.

Please file the enclosed papers and place them of record in the above-captioned action.

Respectfully submitted,

/s/ Alexander Headley
Alexander Headley
Managing Member
These Bluebird Days, LLC

**Enclosures:**

1. Plaintiff's Response and Brief in Opposition to Motion to Dismiss [Doc. 14]
2. Plaintiff's Response and Brief in Opposition to Motion to Dismiss [Doc. 17]

**cc:**

Lauren C. Fabela, Gordon Rees Scully Mansukhani, LLP
321 South Boston Avenue, Suite 300, Tulsa, OK 74103
lfabela@grsm.com

Leif Swedlow, Rubenstein & Pitts, PLLC
1503 E. 19th Street, Edmond, OK 73013
lswedlow@oklawpartners.com

Melvin R. McVay, Jr. and Clayton D. Ketter, Phillips Murrah P.C.
424 N.W. 10th Street, Suite 300, Oklahoma City, OK 73103
mrmcvay@phillipsmurrah.com; cdketter@phillipsmurrah.com